**Order entered October 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01057-CV

## HYDROTECH ENGINEERING, INC., Appellant

## V.

## ICI CONSTRUCTION, INC.; PAVECON COMMERCIAL CONCRETE, LTD.; G & D POOL & SPA, INC.; H. E. JONES & COMPANY, INC., Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-05103**

## ORDER

The Court has before it appellee ICI Construction, Inc.'s motion to dismiss appeal and appellant's response to that motion. The Court **DEFERS** the motion to the submissions panel. The Court also has before it appellees' joint unopposed motion to extend time to file each appellee's brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their briefs by November 5, 2013. On its own motion, the Court **CONSOLIDATES** this appeal, cause number 05-13-01057-CV with cause number 05-13-00713-CV, styled *Swaback Partners, PLLC v. OMP Development, et al.* The Court **ORDERS** the Clerk of the Court to remove all documents from file number 05-13-01057-CV and to refile them in cause no. 05-13-00713-CV and to treat 05-13-

01057-CV as a closed case.  The stay previously ordered by this Court in cause number 05-13-00713-CV remains in effect until further order of this Court.

/s/    JIM MOSELEY
            JUSTICE